JDN

1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| Michael Lynn Hill, | No. CV 04-1908-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, et al. | |
| Defendants, | |

9
10
11
12
13

14        Plaintiff Michael Lynn Hill filed this pro se civil rights action alleging that the county

15    jail was severely overcrowded and that he was subjected to the excessive use of force (Doc.

16    #1).  Defendants Sheriff Arpaio and Officer Pena moved for summary judgment on the

17    ground that Plaintiff failed to demonstrate a physical injury as required under the Prison

18    Litigation Reform Act of 1996 (PLRA), 42 U.S.C. § 1997e(e) (Doc. #31).  Plaintiff filed a

19    motion requesting an extension of time to respond to the motion, which the Court will grant

20    (Doc. #33).  Plaintiff then submitted his response, to which Defendants replied[1] (Doc.

21    ##34, 35).

22        Before the Court is Magistrate Judge Marshall's Report and Recommendation

23    addressing Defendants' Motion for Summary Judgment (Doc. #36).  The Report and

24

25        [1]The record reflects that Plaintiff did not receive summary judgment notice
26    comporting with the requirements set forth in <u>Rand v. Rowland</u>, 154 F.3d 952, 956-57 (9th
     Cir.1998) (en banc).  It is clear, however, from the de novo review of the record that Plaintiff
27    understood the nature of summary judgment and responded to Defendants' motion with a
     separate statement of facts and over forty pages of documentary evidence; thus, any <u>Rand</u>
28    error is harmless.  <u>See</u> <u>Rand</u>, 154 F.3d at 961.

1   Recommendation recommends granting the motion as to Plaintiff's claim for damages for

2   emotional injury and denying the motion as to Plaintiff's claims for compensatory, nominal,

3   and punitive damages for Fourteenth Amendment violations (Id.).

4          Neither party has filed objections; thus, the Court is not obligated to review the Report

5   and Recommendation.  See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.

6   2003) (en banc); Fed. R. Civ. P. 72(b) ("[t]he district judge . . . shall make a de novo

7   determination . . . of any portion of the magistrate judge's disposition to which specific

8   written objection has been made").  The Court has nonetheless reviewed Judge Marshall's

9   Report and Recommendation and hereby incorporates and adopts it.

10  **IT IS ORDERED:**

11         (1) Plaintiff's Motion for Extension of Time (Doc. #33) is **granted**.

12         (2) The Report and Recommendation of Magistrate Judge Marshall (Doc. #36) is

13  **adopted**.

14         (3) Defendant's Motion for Summary Judgment (Doc. #31) is **granted** in part and

15  **denied** in part.

16         (4) The motion is **granted** to the extent that Plaintiff is not entitled to damages for

17  emotional injury.  The motion is **denied** as to Plaintiff's claims for compensatory, nominal,

18  and punitive damages based on violations of his Fourteenth Amendment rights.

19

20         DATED this 11th day of April, 2007.

21

22

23

24  _____
                    Susan R. Bolton
25              United States District Judge

26

27

28